| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>SICKEL, JAMES R. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, E D of WI | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE, PART-TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>125 S. JEFFERSON STREET, #101<br>P. O. BOX 1626<br>GREEN BAY, WI 54305-1626 |
|---|

| IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page. |
|---|

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Self-employed, Attorney | $611,358.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASSOCIATED BANK ACCOUNTS | C | Interest | O | T | | | | | |
| 2. M&I BANK ACCOUNT | A | Interest | K | T | | | | | |
| 3. JAMKAT, LLC (See Section VIII) | | None | N | S | Sold (part) | 04/29/11 | K | | |
| 4. JEFFERSON COURT BLDG LLC (See Section VIII) | | None | P1 | U | | | | | |
| 5. EASTERN HORIZONS LLC | | None | M | U | | | | | |
| 6. BAY SETTLEMENT INVESTMENTS LLC (See Section VIII) | | None | | | Sold | 12/28/11 | J | | |
| 7. HURON PROFESSIONAL CENTER LLC | | None | J | U | | | | | |
| 8. BROKERAGE ACCT #1 PARNASSUS FUND | A | Dividend | J | T | | | | | |
| 9. BROKERAGE ACCT #2 ROBERT BAIRD | | | | | | | | | |
| 10. -General Muni Money Mkt | | None | J | T | | | | | |
| 11. -Insured Deposit M & I | | None | J | T | | | | | |
| 12. -Dreyfus Mun Money Mkt FD | A | Interest | K | T | | | | | |
| 13. -Cape Girardeau CntyMO Bond | | None | K | T | | | | | |
| 14. -Calvert Soc Invt Eqty A | A | Dividend | J | T | | | | | |
| 15. -Putnam Invs Fd Inc | A | Dividend | J | T | | | | | |
| 16. BROKERAGE ACCT #3 JS STIFEL, NICOLAUS | | | | | | | | | |
| 17. -General Money Market STIFEL, NICOLAUS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Magnum Hunter Resources Corp (formerly NGAS Resources Inc) | | None | J | W | | | | | |
| 19. -Procter & Gamble | A | Dividend | | | Sold | 10/25/11 | K | E | |
| 20. -Why USA Financial Group | | None | J | T | | | | | |
| 21. -Mutual Fund: First Trust Unit [  ] OPTY [  ] | A | Int./Div. | | | Sold | 05/26/11 | K | | |
| 22. -Mutual Fund: First Trust Unit [  ] ([  ]) [  ] | A | Int./Div. | | | Sold | 10/13/11 | K | A | |
| 23. -Mutual Fund: Rydex Consumer Prod Cl C | | None | | | Sold | 08/09/11 | J | | |
| 24. -Mutual Fund: Rydex Europe | | None | | | Sold | 08/09/11 | J | | |
| 25. -Mutual Fund: Rydex Ser FDS Sector Rotation (All Cap Oppor) | | None | | | Sold | 08/09/11 | K | | |
| 26. -Mutual Fund: Eaton Vance Tx Mnged Val | | None | | | Sold | 08/09/11 | K | | |
| 27. -Mutual Fund: Franklin Utils FD CL C | A | Dividend | | | Sold (part) | 03/25/11 | J | | |
| 28. | | | | | Sold | 08/09/11 | J | A | |
| 29. -Mutual Fund: North Track Geneva Growth A (Highmark Funds) | | None | | | Sold | 08/09/11 | K | B | |
| 30. -Mutual Fund: Rydex Ser Fds Health Care | | None | | | Sold | 08/09/11 | J | | |
| 31. -Mutual Fund: Rydex Ser Fds Biotechnology Fd | | None | | | Sold | 08/09/11 | J | A | |
| 32. IRA #1 [  ] - STIFEL, NICOLAUS | B | Int./Div. | K | T | | | | | |
| 33. -Money Market Funds | | | | | | | | | |
| 34. -General Motors Company (See Section VIII) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Immtech Pharmaceuticals Inc. | | | | | | | | | |
| 36. -Why USA Financial Group Inc. | | | | | | | | | |
| 37. -Bond: ABC Rail Products | | | | | | | | | |
| 38. -Bond: Royal Bank Canada | | | | | Buy | 11/03/11 | J | | |
| 39. -Bond: Terex Corp | | | | | Buy | 10/27/11 | J | | |
| 40. -Bond: United States Steel Corp | | | | | Buy | 10/27/11 | J | | |
| 41. -Bond: General Motors Corp Note (See Section VIII) | | | | | | | | | |
| 42. -Bond: General Motors Corp Disc Debenture (See Section VIII) | | | | | | | | | |
| 43. -Bond: General Motors Corp XXX (See Section VIII) | | | | | | | | | |
| 44. -Bond: General Motors Corp XXX (See Section VIII) | | | | | | | | | |
| 45. -Mutual Fund: Rydex Ser Fds Transn Fd Cl C | | | | | Sold | 08/09/11 | J | | |
| 46. -Mutual Fund: Rydex Series Funds Consumer Products Fund Cl | | | | | | | | | |
| 47. -Mutual Fund: Rydex Ser Fds Biotechnology Fd Cl C | | | | | Sold | 11/03/11 | J | A | |
| 48. -Mutual Fund: Rydex Ser FDS US Govt | | | | | Sold | 10/27/11 | J | | |
| 49. -Mutual Fund: Rydex Series FDS Basic | | | | | | | | | |
| 50. -Mutual Fund: Rydex Ser Fds Mid-Cap Growth Fd CL C | | | | | Sold | 08/09/11 | J | B | |
| 51. -Mutual Fund: Rydex Series FDS Sector Rotation (All Caps) | | | | | Sold | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Mutual Fund: Alpine Global Premier Properties Fund Shares | | | | | | | | | |
| 53. -Warrants: General Motors Company (See Section VIII) | | | | | | | | | |
| 54. -Warrants: General Motors Company (See Section VIII) | | | | | | | | | |
| 55. IRA #2 ASSOCIATED BANK | A | Interest | K | T | | | | | |
| 56. IRA #3 ASSOCIATED BANK | A | Interest | K | T | | | | | |
| 57. IRA #4 M&I BANK (CD) | A | Interest | J | T | | | | | |
| 58. IRA #5 M&I BANK (CD) | A | Interest | J | T | | | | | |
| 59. 401(k) - NATIONWIDE | | None | L | T | | | | | |
| 60. -Janus Twenty Fd | | | | | | | | | |
| 61. -Elow Fixed | | | | | | | | | |
| 62. AMERICAN FUNDS SIMPLE IRA | B | Dividend | M | T | | | | | |
| 63. -American Balanced Fund (Fund- B) | | | | | Sold (part) | 02/10/11 | J | | |
| 64. -Capital World Growth and Income Fund B | | | | | | | | | |
| 65. -Fundamental Investors B | | | | | Sold (part) | 02/10/11 | J | | |
| 66. -Fundamental Investors C | | | | | Buy (add'l) | 04/25/11 | J | | |
| 67. -Smallcap World Fund C | | | | | Buy (add'l) | 04/25/11 | J | | |
| 68. -American Funds Money Market Fund-C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - New World Fund-C | | | | | | | | | |
| 70. -American Balanced Fund-C | | | | | Buy (add'l) | 04/25/11 | J | | |
| 71. -American Funds Money Market Fund-A | | | | | | | | | |
| 72. -Fundamental Investors-A | | | | | Buy (add'l) | 02/10/11 | J | | |
| 73. -American Balanced Fund-A | | | | | Buy | 02/10/11 | J | | |
| 74. WIS NATIONAL LIFE INS | | None | K | T | | | | | |
| 75. FIRST BANCSHARES INC | A | Dividend | J | T | | | | | |
| 76. NEUBERGER BERMAN PARTNERS FUND INV CLASS | A | Dividend | N | T | | | | | |
| 77. JP MORGAN CHASE BANK (CHECKING) | A | Interest | K | T | | | | | |
| 78. CHASE - JP MORGAN GOVT BOND FUND C | A | Dividend | | | Sold | 04/14/11 | N | C | |
| 79. EASTERN HORIZONS, LLC, BUSINESS LOAN - NOTE RECEIVABLE | | None | N | T | Open | 11/22/11 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Page 4, Line #3 JAM KAT, LLC - 100% assessed value $364,200. Property located in Milwaukee, WI and Green Bay, WI.

2) Part VII, Page 4, Line #4 JEFFERSON COURT BLDG, LLC - Property located in Green Bay, WI.

3) Part VII, Page 4, Line #5 EASTERN HORIZONS, LLC - Property located in Green Bay, WI.

4) Part VII, Page 4, Line #6 BAY SETTLEMENT INVESTMENTS, LLC - Property located in Brown County, WI.

5) Part VII, Page 4, Line #7 HURON PROFESSIONAL CENTER, LLC - Property located in Green Bay, WI.

6) Part VII, Page 5, Line #34 GENERAL MOTORS COMPANY - Stock received on 4/21/11 in exchange for bonds listed under lines #41 and #42.

7) Part VII, Page 6, Line #41 BOND: GENERAL MOTORS CORP NOTE - Bond exchanged on 4/21/11 for stock listed under line #34, bonds listed under lines #43 and #44, and warrants listed under lines #53 and #54.

8) Part VII, Page 6, Line #42 BOND: GENERAL MOTORS CORP DISCOUNTED DEBENTURE STEP - same description as item 7).

9) Part VII, Page 6, Line #43 BOND: GENERAL MOTORS CORP XXX - Bond received on 4/21/11 in exchange for bonds listed under lines #41 and #42.

10) Part VII, Page 6, Line #44 BOND: GENERAL MOTORS CORP XXX - same description as item 9).

11) Part VII, Page 7, Line #53 WARRANTS: GENERAL MOTORS COMPANY - Warrants received on 4/21/11 in exchange for bonds listed under lines #41 and #42.

12) Part VII, Page 7, Line #54 WARRANTS: GENERAL MOTORS COMPANY - same description as item 11).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES R. SICKEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544